# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **RAVGEN, INC.,** | **CIVIL ACTION NO. 6:20-CV-00972-ADA** |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| **v.** | |
| **QUEST DIAGNOSTICS INCORPORATED,** | |
| **Defendant.** | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Joint Proposed Amended Scheduling Order (Dkt. 40), Plaintiff Ravgen, Inc. ("Ravgen") and Defendant Quest Diagnostics Incorporated ("Quest"), the parties in the above captioned action, submit this Joint Claim Construction Statement. All references to claims and citations refer to the two asserted patents in the case, U.S. Patent No. 7,332,277 ("the '277 Patent") and 7,727,720 ("the '720 Patent").

## I.      DISPUTED CLAIM TERMS

| Claim Term | Ravgen's Proposed Construction | Quest's Proposed Construction |
|---|---|---|
| "an agent that [inhibits lysis of cells/impedes cell lysis] . . . selected from the group consisting of membrane stabilizer, cross-linker, and cell lysis inhibitor" ('277 Patent, Claims 55, 81; '720 Patent, Claim 1)<br><br>Proposed for construction by Quest | Plain and ordinary meaning | Indefinite<br><br>If not indefinite, then means-plus-function pursuant to 35 U.S.C. § 112 ¶ 6.<br><br>**Function**: [an agent] "that [impedes cell lysis/inhibits lysis of cells], if cells are present, and wherein said agent is selected from the group consisting of membrane stabilizer, cross-linker, and cell lysis inhibitor"<br><br>**Structure/Materials**: *See* Quest Exhibit 1 (Dkt. 49-3). |
| "[a] method for detecting a free nucleic acid, wherein said method comprises: (a) isolating free nucleic acid . . . and (b) detecting the presence or absence of the free nucleic acid" ('720 Patent, Claim 1)<br><br>Proposed for construction by Quest | Plain and ordinary meaning | Indefinite |

Dated: September 8, 2021

By:

<div style="display: flex;">
<div>

*/s/ Amanda L. Major (pro hac vice)*
J. Stephen Ravel
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
T (512) 495-6429
steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
T (254) 710-7670
james.wren@baylor.edu

William F. Lee (*Pro Hac Vice*)
Michael J. Summersgill (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, Massachusetts 02109
T (617) 526-6000
william.lee@wilmerhale.com
michael.summersgill@wilmerhale.com

Amanda L. Major (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
T (202) 663-6000
amanda.major@wilmerhale.com

Alix Pisani (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE AND
DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
T (213) 443-5300
alix.pisani@wilmerhale.com

</div>
<div>

*/s/ Kerri-Ann Limbeek (pro hac vice)*
Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

John M. Desmarais (*pro hac vice*)
Kerri-Ann Limbeek (*pro hac vice*)
Jamie L. Kringstein (*pro hac vice*)
Kyle G. Petrie (*pro hac vice*)
Joze Welsh (*pro hac vice*)
Jun Tong (*pro hac vice*)
Deborah J. Mariottini  (*pro hac vice*)
Peter Zhu (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
jkringstein@desmaraisllp.com
kpetrie@desmaraisllp.com
jwelsh@desmaraisllp.com
jtong@desmaraisllp.com
dmariottini@desmaraisllp.com
pzhu@desmaraisllp.com

*Attorneys for Ravgen, Inc.*

</div>
</div>

*Attorneys for Defendant Quest Diagnostics*
*Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document has been served on all

counsel of record via the Court's ECF system on September 8, 2021.

<div align="right">

*/s/ Kerri-Ann Limbeek (pro hac vice)*
Kerri-Ann Limbeek
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
klimbeek@desmaraisllp.com

</div>