IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **RAVGEN, INC.,**<br><br>*Plaintiff*<br><br>-v-<br><br>**QUEST DIAGNOSTICS INC.,**<br><br>*Defendant* | Civil Action No. 6:20-cv-00972-ADA<br><br>**JURY TRIAL DEMANDED** |

## CLAIM CONSTRUCTION ORDER

The Court construes the terms of U.S. Patent No. 7,332,277 (the '277 Patent) and U.S. Patent No. 7,727,720 (the '720 Patent) as follows:

| Term | Court's Final Construction |
|---|---|
| "agent that [inhibits lysis of cells/impedes cell lysis] … wherein said agent is select from the group consisting of membrane stabilizer, cross-linker and cell lysis inhibitor"<br><br>('277 Patent, Claims 55, 81; '720 Patent, Claim 1) | Plain and ordinary meaning. |
| "[A] method for detecting a free nucleic acid, where said method comprises: (a) isolating free nucleic acid and (b) detecting the presence or absence of the free nucleic acid."<br><br>('720 Patent, Claim 1) | Plain and ordinary meaning. |

**SIGNED** this 5th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1