# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **RAVGEN, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **QUEST DIAGNOSTICS INCORPORATED,** <br><br> Defendant. | **CIVIL ACTION NO. 6:20-CV-00972-ADA** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF PETITIONS FOR *INTER PARTES* REVIEW

Plaintiff Ravgen, Inc. ("Ravgen") hereby provides the following notice of petition for *inter partes* review ("IPR") of U.S. Patent No. 7,332,277 ("'277 Patent"). On September 28, 2021, Streck, Inc. ("Streck") filed IPR2021-001577 directed to claims 55-61, 68-69, 80-86, 89-92, 94, 126-130, and 132-133 of the '277 Patent. The petition identified Streck Laboratories, Inc. as the real party in interest and identified the above-captioned action as a related matter.

Ravgen anticipates that the Patent Trial and Appeal Board ("PTAB") will render an institution decision in April 2022. *See* 35 U.S.C. § 314(b). If the proceeding is instituted, Ravgen anticipates that the PTAB will issue a final written decision in April 2023. *See* 37 C.F.R. § 42.100(c).

Dated: October 12, 2021          Respectfully submitted,

By:    /s/ *Kerri-Ann Limbeek* (*pro hac vice*)
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117

1

Fax: (903) 581-2543
ddacus@dacusfirm.com

John M. Desmarais (*pro hac vice*)
Kerri-Ann Limbeek (*pro hac vice*)
Jamie L. Kringstein (*pro hac vice*)
Kyle G. Petrie (*pro hac vice*)
Joze Welsh (*pro hac vice*)
Jun Tong (*pro hac vice*)
Deborah J. Mariottini (*pro hac vice*)
Peter Zhu (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
jkringstein@desmaraisllp.com
kpetrie@desmaraisllp.com
jwelsh@desmaraisllp.com
jtong@desmaraisllp.com
dmariottini@desmaraisllp.com
pzhu@desmaraisllp.com

*Attorneys for Ravgen, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2021, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via the Court's CM/ECF system.

/s/ *Kerri-Ann Limbeek (pro hac vice)*
Kerri-Ann Limbeek